UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 19 AM 11:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Victor TELLAS-Martinez,**<br><br>Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States<br><br>'08 MJ 2558 |

The undersigned complainant, being duly sworn, states:

On or about **August 17, 2008** within the Southern District of California, defendant, **Victor TELLAS-Martinez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **AUGUST, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DDA 08/17/08 cgc

CONTINUATION OF COMPLAINT:
Victor TELLAS-Martinez

## PROBABLE CAUSE STATEMENT

On August 17, 2008, Border Patrol Agent G. Toups was patrolling in the area of Japatul Valley Road, in Japatul, California. Agent Toups responded to a seismic intrusion device Northeast of the Tecate, California Port of Entry.

Upon arriving in the area he observed an individual walking through the brush. Agent Toups approached the individual and identified himself as a Border Patrol Agent. The individual began to run and then tried to hide in the high brush. Agent Toups ran after the individual and found him. Agent Toups questioned the individual as to his citizenship and nationality. The individual, later identified as the defendant **Victor TELLAS-Martinez** stated that he was a citizen of Mexico and was not in possession of any immigration documents allowing him to enter or remain in the United States. The defendant was arrested at approximately 8:00 p.m., and was transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 17, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated that he understood them and was willing to answer questions without having an attorney present. The defendant again stated that he is a citizen of Mexico. When asked if he possessed any valid U.S. Immigration documents, the defendant stated that he did not. The defendant stated that he was he going to Monterey Park, California.